# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE UNITED STATES' CONSOLIDATED MOTION FOR AN ORDER UNSEALING SEVERAL SEARCH WARRANTS RELATING TO THE SAME INVESTIGATION | : : : : : : : : : : | CASE NOs. 1:20-mj-480 1:20-mj-591 1:20-mj-656 1:20-mj-906  JUDGE BOWMAN |

## MOTION TO UNSEAL SEARCH WARRANTS

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned cases, states that the previously sealed search warrants may now be unsealed.

Respectfully submitted,

KENNETH L. PARKER

United States Attorney

*s/Timothy S. Mangan*
TIMOTHY S. MANGAN
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Phone: (513) 684-3711
Fax: (513) 684-6972
Timothy.Mangan@usdoj.gov

**SO ORDERED.**

_____
**HONORABLE KAREN L. LITKOVITZ**
**UNITED STATES MAGISTRATE JUDGE**